**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christopher St. Paul Foote<br>                  Debtor(s) | CHAPTER 13<br><br>BKY. NO. 14-10612 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for The Bank of New York Mellon (f/k/a The Bank of New York), successor to JPMorgan Chase Bank, N.A., in trust for registered holders of Bear Stearns Asset Backed Securities 2006-2, Asset-Backed Certificates, Series 2006-2 and index same on the master mailing list.

                                                  Respectfully submitted,

                                                  **/s/Rebecca A. Solarz, Esquire**
                                                  Rebecca A. Solarz, Esquire
                                                  Thomas Puleo, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322 FAX (215) 627-7734