United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-10612-amc
Christopher St. Paul Foote                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1           Date Rcvd: Jan 30, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db             +Christopher St. Paul Foote,    6409 Woodcrest Avenue,    Philadelphia, PA 19151-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor-in-interest  to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2006-2, Asset-Backed Certific agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW N. SCHWARTZ    on behalf of Creditor   Ocean Beach Club, LLC andrew.schwartz@psinet.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   The Bank of New York Mellon (f/k/a The Bank of
               New York), successor to JPMorgan Chase Bank, N.A., in trust for registered holders of Bear
               Stearns Asset Backed Securities 2006-2, Asset-Backed Certifica debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              GEORGETTE MILLER    on behalf of Debtor Christopher St. Paul Foote info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor-in-interest  to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2006-2, Asset-Backed Certific bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon (f/k/a The Bank of New
               York), successor to JPMorgan Chase Bank, N.A., in trust for registered holders of Bear Stearns
               Asset Backed Securities 2006-2, Asset-Backed Certifica bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New York,
               as successor-in-interest  to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed
               Securities Trust 2006-2, Asset-Backed Certific tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: : Bankruptcy No. 14-10612-AMC
   Christopher St. Paul Foote : Chapter 13

The Bank of New York Mellon (f/k/a
The Bank of New York), successor to
JPMorgan Chase Bank, N.A., in trust for
registered holders of Bear Stearns Asset
Backed Securities 2006-2, Asset-Backed
Certificates, Series 2006-2 c/o Select
Portfolio Servicing, Inc.

                Movant

    vs.

Christopher St. Paul Foote

           Debtors/Respondents

and

William C. Miller, Esquire
           Trustee/Respondent

## CONSENT ORDER / STIPULATION AGREEMENT

AND NOW, upon the Motion of The Bank of New York Mellon (f/k/a The Bank of New York), successor to JPMorgan Chase Bank, N.A., in trust for registered holders of Bear Stearns Asset Backed Securities 2006-2, Asset-Backed Certificates, Series 2006-2 c/o Select Portfolio Servicing, Inc. ("Creditor" or "Movant"), through its counsel, Hladik, Onorato & Federman, LLP, for relief from the automatic stay pursuant to Bankruptcy Code § 362(d) as to certain property, 6409 Woodcrest Avenue, Philadelphia, Pennsylvania 19151 (the "Property"), it is hereby agreed as follows:

1. Christopher St. Paul Foote ("Debtor") acknowledges that he is due for the following post-petition regular monthly mortgage payments from 08/01/2017 as follows:

| | |
|---|---:|
| Payment (08/01/17 @ *$769.89/monthly*)........................ | $ 769.89 |
| Payment (09/01/17– 01/01/18 @ *$764.63/monthly*) ......... | $ 3,823.15 |
| Suspense ................................................................................ | $ ($563.63) |
| Arrears ("Total Arrears") ...................................................... | **$ 4,029.41** |

2.  Debtor shall cure the Arrears as set forth above in the following manner:

    a.  Roll the **$4,029.41** balance of the Total Arrears into and pay it through the Debtor's Chapter 13 Plan of Reorganization in order to cure this portion of the Total Arrears in addition to the current arrearage amount on Movant's Proof of Claim. Debtor's attorney shall file a Motion to Modify the Confirmed Plan within seven (7) days of the entry and Court approval of this Stipulation.

3.  Debtor shall make the regular monthly payments required to the Trustee.

4.  Debtor agrees to continue making the regular post-petition monthly mortgage payments to Creditor in the amount of **$769.89** (or as may be adjusted from time to time, as per standard escrow practices), commencing with the **02/01/18** payment and monthly for every payment thereafter.

5.  Debtor shall send all payments due directly to Creditor at the address below:

    **Select Portfolio Servicing, Inc.**
    **P.O. Box 65450**
    **Salk Lake City, UT 84165**

**Select Portfolio Servicing's** loan #xxxxxx3670 must appear on each payment made hereinafter.

6.  In the event Debtor fails to make any of the payments set forth hereinabove (or real estate taxes and/or hazard insurance when due) on or before their due dates, or fails to modify her plan as per paragraph 2 a., above, Creditor and/or Counsel may give Debtor's and Debtor's counsel notice of the default. If Debtor does not cure the default within ten (10) days of the notice, upon Certification of Default to the Court, and request for Order, with a copy to Debtor and Debtor's counsel, Creditor shall immediately have relief from the bankruptcy stay.

7.  The failure by the Creditor, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

8.  Upon issuance of the aforesaid Order, the parties hereto further agree that Creditor may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

9.  In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within ten (10) days from the date the case is converted. If Debtor fails to make payment in accordance with this paragraph then the Creditor, through Counsel, may file a certification setting forth said failure and the Creditor shall be granted immediate relief from the automatic stay.

10. It is further agreed that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

By signing this Stipulation, Debtor's Counsel represents that the Debtors are familiar with and understand the terms of this Stipulation and agrees to said terms regardless of whether the Debtor has actually signed this Stipulation. Seen and agreed by the parties on the date set forth below:

_____    /s/ Georgette Miller, Esquire
Danielle Boyle-Ebersole, Esquire    Georgette Miller, Esquire
Counsel for Creditor    Counsel for Debtor

Date: 1/22/18    Date: _____

_____
William C. Miller, Esquire
Trustee   JACK MILLER

Date: F-22-18    No objection

And Now, this 30th day of January, 2018, it is hereby ORDERED that this Stipulation between the parties is approved.

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Judge