```
                                United States Bankruptcy Court
                               Eastern District of Pennsylvania
In re:                                                                  Case No. 14-10612-amc
Christopher St. Paul Foote                                              Chapter 13
       Debtor                            CERTIFICATE OF NOTICE
District/off: 0313-2          User: DonnaR                 Page 1 of 2                  Date Rcvd: May 15, 2019
                              Form ID: 138NEW              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Christopher St. Paul Foote,    6409 Woodcrest Avenue,    Philadelphia, PA 19151-2408
13232785      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Thd/Cbna,    Ccs Gray Ops Center   541 Sid Martin Rd,
                 Gray, TN 37615)
13232778       +Chase,   1 Christina Ctr,    301 N. Walnut St.,    Wilmington, DE 19801-3964
13232779       +Chase,   201 N Walnut Street Mailstop De1-1027,    Wilmington, DE 19801-2920
13232782       +Hsbc/Saks,   140 W Industrial Dr,    Elmhurst, IL 60126-1602
13247098        JPMORGAN CHASE BANK, N.A.,    P.O. BOX 901032,    FT. WORTH, TX 76101-2032
13259981       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13252710       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3Fl
13232784        Pncbank,   Po Box 8310,    Philadelphia, PA 19101-8310
13952851       +Rebecca A. Solarz, Esquire,    Thomas Puleo, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13909368       +The Bank of New York Mellon (f/k/a The,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13354278       +The Bank of New York Mellon, f/k/a The Bank of New,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
13839336       +Thomas Puleo,    KML Law Group P.C.,    c/o ’The Bank of New York fka The Bank o,
                 701 Market Street ste 5000,    Philadelphia Pa 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 15 2019 08:19:08      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:08:07      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13338063       +E-mail/Text: megan.harper@phila.gov May 15 2019 08:19:08
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13232780       +E-mail/Text: cio.bncmail@irs.gov May 15 2019 08:17:31      Department of Treasury,
                 Internal Revenue Service,    PO Box 9012,   Holtsville, NY 11742-9012
13232781       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:08:04      Gecrb/Samd,   Po Box 981416,
                 El Paso, TX 79998-1416
13323578        E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2019 08:08:24
                 LVNV Funding, LLC its successors and assigns as,    assignee of Vion Holdings LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13262383       +E-mail/Text: bankruptcy@diamondresorts.com May 15 2019 08:17:33      Ocean Beach  Club LLC,
                 Dba Gold Key Resorts,    300 32nd Street ste 500,    Virginia Beach , VA 23451-2968
13337576       +E-mail/Text: bankruptcy@diamondresorts.com May 15 2019 08:17:33      Ocean Beach Club,
                 c/o Gold Key moatgage Service,    300 32nd Street, Suite 500,   Virginia Beach, VA 23451-2968
13232783       +E-mail/Text: bankruptcy@diamondresorts.com May 15 2019 08:17:33      Ocean Beach Club Llc,
                 932 Laskin Rd,   Virginia Beach, VA 23451-3990
13264290        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:18:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13282987        E-mail/Text: bnc-quantum@quantum3group.com May 15 2019 08:17:43
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13247446        E-mail/PDF: rmscedi@recoverycorp.com May 15 2019 08:07:26
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13447588*      +Ocean Beach Club LLC,    dba Gold Key Resorts,   300 32nd Street, Suite 500,
                 Virginia Beach, VA 23451-2968
cr             ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: DonnaR                Page 2 of 2                   Date Rcvd: May 15, 2019
                               Form ID: 138NEW             Total Noticed: 26
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor-in-interest  to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2006-2, Asset-Backed Certific agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW N. SCHWARTZ    on behalf of Creditor   Ocean Beach Club, LLC andrew.schwartz@psinet.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    The Bank of New York Mellon (f/k/a The Bank of
               New York), successor to JPMorgan Chase Bank, N.A., in trust for registered holders of Bear
               Stearns Asset Backed Securities 2006-2, Asset-Backed Certifica debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              GEORGETTE  MILLER    on behalf of Debtor Christopher St. Paul Foote info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor-in-interest  to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2006-2, Asset-Backed Certific bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon (f/k/a The Bank of New
               York), successor to JPMorgan Chase Bank, N.A., in trust for registered holders of Bear Stearns
               Asset Backed Securities 2006-2, Asset-Backed Certifica bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
               as successor-in-interest  to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed
               Securities Trust 2006-2, Asset-Backed Certific tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Christopher St. Paul Foote

     Debtor(s)

Bankruptcy No: 14–10612–amc

Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                For The Court
                Timothy B. McGrath
                Clerk of Court

Dated: 5/14/19

                59 – 58
                Form 138_new