United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 14-10612-amc
Christopher St. Paul Foote                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR              Page 1 of 1              Date Rcvd: Jun 07, 2019
                                Form ID: 212              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.
db             +Christopher St. Paul Foote,    6409 Woodcrest Avenue,    Philadelphia, PA 19151-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor-in-interest  to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2006-2, Asset-Backed Certific agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW N. SCHWARTZ    on behalf of Creditor    Ocean Beach Club, LLC andrew.schwartz@psinet.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    The Bank of New York Mellon (f/k/a The Bank of
               New York), successor to JPMorgan Chase Bank, N.A., in trust for registered holders of Bear
               Stearns Asset Backed Securities 2006-2, Asset-Backed Certifica debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              GEORGETTE MILLER    on behalf of Debtor Christopher St. Paul Foote info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor-in-interest  to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2006-2, Asset-Backed Certific bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon (f/k/a The Bank of New
               York), successor to JPMorgan Chase Bank, N.A., in trust for registered holders of Bear Stearns
               Asset Backed Securities 2006-2, Asset-Backed Certifica bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
               as successor-in-interest  to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed
               Securities Trust 2006-2, Asset-Backed Certific tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                     Chapter: 13

       Christopher St. Paul Foote

Debtor(s)                                          Case No: 14−10612−amc

___

*ORDER*

      AND NOW, 6/7/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

          ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

          ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

 

                                                                    For The Court

                                                                    Ashely M. Chan

                                                                    Judge ,United States Bankruptcy Court